**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Kevin Shane Epting, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-000696

---

**ON WRIT OF CERTIORARI**

---

Appeal from Laurens County
D. Garrison Hill, Trial Court Judge
Brooks P. Goldsmith, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2019-MO-043
Heard November 21, 2019 – Filed December 4, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Janell Gregory, both of Columbia, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Kevin Shane Epting's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, HEARN, FEW, JAMES, JJ., and Acting Justice Stephanie Pendarvis McDonald, concur.**